1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Assistant Federal Defender
3  Nia K. Traylor
   Certified Law Clerk
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700/Fax 916-498-5710
   Linda_allison@fd.org
6
   Attorney for Defendant
7  STACY GARVIN

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,    ) Case No.  2:16-PO-00220-CKD
11                               )
    Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER
12                               ) TO CONTINUE INITIAL APPEARANCE
    vs.                          )
13                               ) Date:  November 17, 2016
    STACY GARVIN,                ) Time:  9:30 a.m.
14                               ) Judge: Hon. Carolyn K. Delaney
    Defendant.                   )
15                               )
                                 )
16

17
         IT IS HEREBY STIPULATED by and between Phillip A. Talbert,
18
    Acting United States Attorney, through Justin Lee, Assistant
19
    United States Attorney, attorney for Plaintiff, and Heather
20
    Williams, Federal Defender, through Assistant Federal Defender
21
    Linda Allison, that the initial appearance scheduled for October
22
    20, 2016 at 9:30 a.m. be vacated and continued to Nov 17, 2016
23
    at 9:30 a.m.
24
         The reason for this continuance is to allow defense counsel
25
    appropriate time to prepare the case, analyze recently revealed
26
    information, and communicate effectively with the defendant.
27

28

    STIPULATION AND [PROPOSED] ORDER TO      *U.S. v STACY GARVIN,* 2:16-PO-00220-KJN
    CONTINUE INITIAL APPEARANCE

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 19, 2016


/s/ LINDA C. ALLISON
LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant
STACY GARVIN



PHILLIP A. TALBERT
Acting United States Attorney


Date: October 19, 2016     /s/  Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff


**ORDER**

   IT IS HEREBY ORDERED, that the October 20, 2016 initial
appearance shall be continued until November 17, 2016 at 9:30
a.m.

Dated:  October 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO      *U.S. v STACY GARVIN,* 2:16-PO-00220-KJN
CONTINUE INITIAL APPEARANCE