PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STACY A. GARVIN,<br><br>    Defendant. | 2:16-po-00220-CKD<br><br>STIPULATION TO CONTINUE INITIAL APPEARANCE AND [PROPOSED] ORDER<br><br>DATE: November 17, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

  1.  By previous order, this matter was set for an initial appearance on November 17, 2016.

  2.  By this stipulation, the parties now jointly move to continue the initial appearance to December 15, 2016, at 9:30 a.m.

///

///

///

///

///

///

STIPULATION RE: INITIAL APPEARANCE     1

IT IS SO STIPULATED.

Dated:  November 16, 2016                                      PHILLIP A. TALBERT
                                                               Acting United States Attorney


                                                                /s/ JUSTIN L. LEE
                                                                JUSTIN L. LEE
                                                                Assistant United States Attorney


Dated:  November 16, 2016                                       /s/ LINDA C. ALLISON
                                                                LINDA C. ALLISON
                                                                Counsel for Defendant
                                                                STACY A. GARVIN


                                                                /s/ NIA K. TRAYLOR
                                                                NIA K. TRAYLOR
                                                                Counsel for Defendant
                                                                STACY A. GARVIN

                                                                (Approved via email)


## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of November, 2016.


                                                                /s/Carolyn K. Delaney
                                                                THE HONORABLE CAROLYN K. DELANEY
                                                                UNITED STATES MAGISTRATE JUDGE