FILED

February 22, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                 )
          Plaintiff, )
v.                           )
                                 )
STACY A. GARVIN, )
                                 )
          Defendant. )

Case No. 2:16-PO-00220-CKD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  STACY A. GARVIN , Case No.  2:16-PO-

00220-CKD  , Charge __ , from custody subject to the conditions contained in the attached "Notice

to Defendant Being Released" and for the following reasons:

     **✔**    Release on Personal Recognizance

     __    Bail Posted in the Sum of $__

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        **✔**    (Other)        Conditions as stated on the record.

Issued at  Sacramento, CA  on  February 22, 2017  at  2:22 pm  .

                                By  /s/ Allison Claire/s/ Allison Claire
                                    Allison Claire
                                    United States Magistrate Judge

Copy 2 - Court